UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA,

        Plaintiff,

-vs-

Dong Jun Lee

        Defendant(s),

11 cr 847 ( KSH )

ORDER OF REFERRAL

     The defendant, Dong Jun Lee, having asked for permission to enter a plea of guilty and having consented to have a United States Magistrate Judge hear the application, the matter is referred to Magistrate Judge Patty Shwartz to administer the allocution pursuant to Fed.R.Cr.P. 11 and to make a finding as to whether the plea is knowingly and voluntarily made and not coerced, and to make a recommendation as to whether the plea of guilty should be accepted.

SO ORDERED.

_____
Katharine S. Hayden, U.S.D.J.

Dated: 12/8/11

CONSENTED TO:

_____
Defendant (signature)

_____
Attorney for Defendant (signature)